# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

### Petition for Summons for Person Under Supervision

| | |
|---|---|
| **Person Under Supervision** | **Docket Number** |
| Vincent Butt | 0971 3:21CR00408-001 VC |

**Name of Sentencing Judge:**  The Honorable Vince Chhabria
United States District Judge

**Date of Original Sentence:** July 17, 2024

**Original Offense**
Count One: Possession with Intent to Distribute 50 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), a Class B Felony.

**Original Sentence:** credit for time served custody; two (2) years of supervision
**Special Conditions:**  Special assessment; mental health treatment; DNA; drug and alcohol treatment and testing; abstain from alcohol.

**Prior Form(s) 12:** None

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | July 19, 2024 |
| **Assistant U.S. Attorney** | **Date Supervision Expires** |
| Charles Bisesto | July 18, 2026 |
| **Defense Counsel** | |
| Angela Chuang (AFPD) | |

### Petitioning the Court

The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on July 25, 2025, at 10:30 AM.

I, Laura Flores, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the

course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated mandatory condition number one that states he must not commit another federal, state or local crime. |

    On July 2, 2025, Mr. Butt violated California Penal Code 245(A)(1)- Assault with a deadly weapon: not a firearm.

    On July 2, 2025, the San Rafael Police Department was dispatched to Mr. Butt's last reported home address on a report of an assault with a deadly weapon. The victim reported that Mr. Butt parked his vehicle on the street. He then proceeded to exit his vehicle with a metal bar in his hand. The victim described the metal bar as a black and yellow bar with the middle bent like a crowbar. Mr. Butt then raised the metal bar above his shoulder and struck the victim on the left side of his face near his temple once. The victim had a faint two (2) inch red mark under his eye. Mr. Butt left the scene before officers arrived.

    In speaking with officers, Mr. Butt admitted to having knocked off the victim's hat but denied any further physical contact with the victim and the use of a metal bar. He stated that while walking to his car, he observed the victim throwing up gang signs, and he was annoyed by this, and finally had had enough of the victim's behavior.

    Evidence in support of this charge is contained in San Rafael Police Department Report Number SR25-03676.

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe the person under supervision violated standard condition number nine that if arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |

    As outlined in Charge One, on July 2, 2025, Mr. Butt was arrested, but to the filing of this report, he has yet to report it to Probation.

    Evidence in support of this charge is contained in San Rafael Police Department Report Number SR25-03676 and the probation officer's testimony.

**RE:**   Butt, Vincent                                                                                             3
         0971 3:21CR00408-001 VC

Based on the foregoing, there is probable cause to believe that Vincent Butt violated the conditions of his Supervised Release.

Respectfully submitted,                              Reviewed by:

_____                      _____
Laura Flores                                         Alton P. Dural Jr.
U.S. Probation Officer                               Supervisory U.S. Probation Officer
Date Signed: July 17, 2025

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

[X]   The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on July 25, 2025, at 10:30 AM.

[ ]   Other:


_____July 18, 2025_____           _____
Date                                           Vince Chhabria
                                               United States District Judge

0971 3:21CR00408-001 VC

4

## APPENDIX

Grade of Violations:  B

Criminal History at time of sentencing:  VI

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Three Years<br>18 U.S.C. §3583(e)(3) | 21-27 months<br>USSG § 7B1.4(a), p.s. |
| **Supervised Release:** | Five years, less any time in custody upon revocation<br>18 U.S.C. § 3583(h) | Five years, less any time in custody upon revocation<br>USSG § 7B1.3(g)(2), p.s. |
| **Probation:** | Not Applicable | Not Applicable |