# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

## Amended Petition for Summons for Person Under Supervision

| | |
|---|---|
| **Person Under Supervision**<br>Vincent Butt | **Docket Number**<br>0971 3:21CR00408-001 VC |
| **Name of Sentencing Judge:** | The Honorable Vince Chhabria<br>United States District Judge |
| **Date of Original Sentence:** | July 17, 2024 |

**Original Offense**
**Count One: Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), a Class C Felony.**

**Original Sentence:** credit for time served custody; two (2) years of supervision
**Special Conditions:** Special assessment; mental health treatment; DNA; drug and alcohol treatment and testing; abstain from alcohol.

**Prior Form(s) 12:** None

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Commenced**<br>July 19, 2024 |
| **Assistant U.S. Attorney**<br>Charles Bisesto | **Date Supervision Expires**<br>July 18, 2026 |
| **Defense Counsel**<br>Angela Chuang (AFPD) | |

## Petitioning the Court

To take notice of the corrections made to Count One and the Appendix (in bold) and continue forward with the scheduled court date before the duty Magistrate Judge for Arraignment on the Amended Petition for Summons for Person Under Supervision and setting of further proceedings on August 27, 2025, at 10:30 AM.

I, Laura Flores, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official

records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated mandatory condition number one that states he must not commit another federal, state or local crime. |

> On July 2, 2025, Mr. Butt violated California Penal Code 245(A)(1)- Assault with a deadly weapon: not a firearm.
>
> On July 2, 2025, the San Rafael Police Department was dispatched to Mr. Butt's last reported home address on a report of an assault with a deadly weapon. The victim reported that Mr. Butt parked his vehicle on the street. He then proceeded to exit his vehicle with a metal bar in his hand. The victim described the metal bar as a black and yellow bar with the middle bent like a crowbar. Mr. Butt then raised the metal bar above his shoulder and struck the victim on the left side of his face near his temple once. The victim had a faint two (2) inch red mark under his eye. Mr. Butt left the scene before officers arrived.
>
> In speaking with officers, Mr. Butt admitted to having knocked off the victim's hat but denied any further physical contact with the victim and the use of a metal bar. He stated that while walking to his car, he observed the victim throwing up gang signs, and he was annoyed by this, and finally had had enough of the victim's behavior.
>
> Evidence in support of this charge is contained in San Rafael Police Department Report Number SR25-03676.

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe the person under supervision violated standard condition number nine that if arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |

> As outlined in Charge One, on July 2, 2025, Mr. Butt was arrested, but to the filing of this report, he has yet to report it to Probation.
>
> Evidence in support of this charge is contained in San Rafael Police Department Report Number SR25-03676 and the probation officer's testimony.

Based on the foregoing, Probation requests the Court take notice of the corrections made to Count One and the Appendix and continues forward with the scheduled court date before the duty Magistrate Judge for Arraignment on the Amended Petition for Summons for Person Under Supervision and setting of further proceedings on August 27, 2025, at 10:30 AM.

Respectfully submitted,  Reviewed by:

_____  _____
Laura Flores  Alton P. Dural Jr.
U.S. Probation Officer  Supervisory U.S. Probation Officer
Date Signed: July 28, 2025

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The Court takes notice of the corrections made and moves forward with the scheduled court date before the duty Magistrate Judge for identification of counsel and setting of further proceedings on August 27, 2025, at 10:30 AM.

☐ Other:

_____August 12, 2025_____  _____
Date  Vince Chhabria
United States District Judge

RE: Butt, Vincent 4
0971 3:21CR00408-001 VC

APPENDIX

Grade of Violations: B

Criminal History at time of sentencing: VI

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | **Two Years**<br>18 U.S.C. §3583(e)(3) | 21-27 months<br>USSG § 7B1.4(a), p.s. |
| **Supervised Release:** | **Up to Life**<br>**18 U.S.C. § 3583(h)** | **Up to Life**<br>**USSG §7B1.3(g)(2), p.s.** |
| **Probation:** | Not Applicable | Not Applicable |